# Exhibit 1



PURE WAVE
BY PADO

PURE WAVE
BY PADO
PURE WAVE

PURE WAVE