# Exhibit 2

US00D855197S

| (12) | United States Design Patent | (10) Patent No.: | US D855,197 S |
|---|---|---|---|
| | Park | (45) Date of Patent: ** | Jul. 30, 2019 |

(54) **RECHARGEABLE DUAL MASSAGE APPARATUS**

(71) Applicant: **HOMELEC KOREA CO., LTD.**, Seoul (KR)

(72) Inventor: **Geon Woo Park**, Changwon-si (KR)

(73) Assignee: **HOMELEC KOREA CO., LTD.**, Seoul (KR)

(**) Term: **15 Years**

(21) Appl. No.: **29/638,898**

(22) Filed: **Mar. 1, 2018**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/110,695, filed as application No. PCT/KR2014/002922 on Apr. 4, 2014.

(30) **Foreign Application Priority Data**

Jan. 8, 2014 (KR) .......................... 10-2014-0002382

(51) **LOC (11) Cl.** .............................................. **28-03**
(52) **U.S. Cl.**
    USPC ........................................ **D24/214**
(58) **Field of Classification Search**
    USPC ....... 601/15, 18, 19, 46, 47, 48, 52, 99, 112, 601/113, 118, 125, 129, 134, 135, 137, 601/DIG. 12, DIG. 14, DIG. 15, DIG. 16, 601/DIG. 17; D24/133, 200, 211, 212, D24/213, 214, 215; 600/38, 39, 40, 41
    CPC ............ A61H 2201/0153; A61H 7/003; A61H 7/007; A61H 2015/0014; A61H 23/00; A61H 39/04
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D226,583 | S | * | 3/1973 | Welch | D24/214 |
| D281,625 | S | * | 12/1985 | Yuen | D24/211 |
| D372,788 | S | * | 8/1996 | Brun | D24/215 |
| D377,394 | S | * | 1/1997 | Tillman | D24/215 |
| D383,849 | S | * | 9/1997 | Wollman | D24/214 |
| D463,862 | S | * | 10/2002 | Lau | D24/214 |
| D474,843 | S | * | 5/2003 | McQueen | D24/215 |
| 6,730,050 | B2 | * | 5/2004 | Huang | A61H 23/0254 |
| | | | | | 601/103 |
| D500,854 | S | * | 1/2005 | Eichel | D24/133 |

(Continued)

OTHER PUBLICATIONS

Amazon, "Purewave CM-07 Dual Motor Percussion+Vibration Therapy Massager . . . ", Sep. 16, 2015. https://www.amazon.com/PUREWAVETM-Percussion-Vibration-fasciitis-tendinitis/dp/B014U1C1P6/ref=cm_cr_arp_d_pdt_img_top?ie=UTF8. Shown on p. 1. (Year: 2015).*

*Primary Examiner* — Cynthia Ramirez
*Assistant Examiner* — Michael A Maharajh
(74) *Attorney, Agent, or Firm* — Novick, Kim & Lee PLLC; Sang Ho Lee

(57) **CLAIM**

I claim the ornamental design for a rechargeable dual massage apparatus, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a rechargeable dual massage apparatus showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines in the drawings are for the purpose of illustrating portions of the rechargeable dual massage apparatus, which form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D510,441 S | * | 10/2005 | Harris, Jr. | D24/214 |
| D523,556 S | * | 6/2006 | Glucksman | D24/133 |
| D533,943 S | * | 12/2006 | Chen | D24/146 |
| D569,523 S | * | 5/2008 | Hsieh | D24/206 |
| D609,817 S | * | 2/2010 | Piller | D24/215 |
| D649,657 S | * | 11/2011 | Petersen | D24/215 |
| D671,226 S | * | 11/2012 | Aulwes | D24/215 |
| D822,843 S | * | 7/2018 | Lenke | D24/215 |
| D823,478 S | * | 7/2018 | Park | D24/215 |
| D825,073 S | * | 8/2018 | Lenke | D24/215 |
| 2017/0281457 A1 | * | 10/2017 | Witt | A61H 19/34 |

* cited by examiner



**FIG. 1**



FIG. 2



FIG. 3



**FIG. 4**



**FIG. 5**



FIG. 6



FIG. 7