# Exhibit 3

Customer No. 105,857<br>
Docket No. DLK0742419CIP

# ASSIGNMENT OF PATENT APPLICATION

WHEREAS I/We, the below named inventor(s), (hereinafter referred to as ASSIGNOR), has/have invented a certain improvement relating to a

## RECHARGEABLE DUAL MASSAGE APPARATUS

for which I/we EXECUTED AN APPLICATION FOR Letters Patent of the United States which was or will be filed in the United States Patent and Trademark Office (hereinafter referred to as said APPLICATION).

AND WHEREAS, **HOMELEC KOREA CO., LTD.,** a corporation organized and existing under the laws of Republic of Korea, whose post office address is A-521, 167, Songpa-daero, Songpa-gu, Seoul 04152, Republic of Korea, (hereinafter referred to as the ASSIGNEE), is desirous of acquiring the entire right, title and interest for the United States to said APPLICATION and the inventions and improvements disclosed therein, all rights of priority under the terms of the International Convention for the Protection of Industrial Property, and in and to any and all divisions, and continuations thereof, and any and all Letters Patent which may be granted thereon, including any and all reexaminations, reissues, renewals, revalidations, prolongations and/or extensions thereof.

NOW THEREFORE, in consideration of the sum of one U.S. dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the ASSIGNOR hereby assigns, sells, transfers and sets over onto the ASSIGNEE, its assigns and legal representatives, the entire right, title and interest for the United States to said APPLICATION and the inventions and improvements disclosed therein, all rights of priority under the terms of the International Convention for the Protection of Industrial Property, and in and to any and all divisions, and continuations thereof, and any and all Letters Patent which may be granted thereon, including any and all reexaminations, reissues, renewals, revalidations, prolongations and/or extensions thereof, with all the rights, powers, privileges, and advantages in any way arising from or pertaining thereto, for and during the term or terms of any and all such Letters Patent when granted, including the terms of any and all divisions, continuations, reexaminations, reissues, renewals, revalidations, prolongations and/or extensions thereof, the ASSIGNEE to have and to hold the interests herein assigned to the full ends of the terms of said Letters Patent, and any and all divisions, continuations, reexaminations, reissues, renewals, revalidations, prolongations and/or extensions thereof, respectively, and including all causes of action that may have accrued with respect to said APPLICATION, any patent damages from infringement, and any royalties that may be owed and due thereon, and all claims for damages by reason of past infringement of said APPLICATION with the right to sue for, and collect the same for the ASSIGNEE's own use, all as fully and entirely as the same would have been held and enjoyed by the ASSIGNOR had this assignment not been made.

If this Assignment is filed after the filing date of said APPLICATION, the undersigned hereby authorize and request any one of the attorneys or agents of record in said APPLICATION, including Sang Ho Lee, Reg. No. 69,723, of the firm of Novick, Kim and Lee, PLLC, whose address is 3251 Old Lee Hwy, Suite 404, Fairfax VA, 22030, United States, to insert here in parenthesis (Application No.   29/638,898   , (inserted after signing), filed on

Customer No. 105,857
Docket No. DLK0742419CIP

<u>     March 1, 2018          </u> (inserted after signing)) the filing date and application number of said APPLICATION when known.

And for the same consideration aforesaid, the ASSIGNOR agrees that the ASSIGNOR will, upon request, without expense to ASSIGNEE, testify in any legal proceedings, sign all lawful papers, execute all divisional, continuation, reexamination, reissue, renewal, revalidations and/or extension applications thereof in the United States, make all rightful oaths, and generally do all other and further lawful acts, deemed necessary or expedient by the ASSIGNEE, or any assignee thereof, or by counsel for the ASSIGNEE, to assist or enable the ASSIGNEE to obtain and enforce full benefits from the rights and interests herein assigned.

This Assignment shall be binding upon the ASSIGNOR and the heirs, executors, administrators, successors and/or assigns of the ASSIGNOR, and shall inure to the benefit of the ASSIGNEE and the heirs, executors, administrators, successors, beneficiaries, distributees and/or assigns, as the case may be, of the ASSIGNEE.

AND the ASSIGNOR authorizes and requests the Director of the U.S. Patent and Trademark Office to issue Letters Patent on said APPLICATION, and on any divisions and continuations thereof, to the ASSIGNEE, its assigns and legal representatives, in accordance herewith.

IN TESTIMONY WHEREOF, this Assignment is executed by the ASSIGNOR.

| 1. FULL NAME OF SOLE OR FIRST ASSIGNOR<br>**PARK, Geon Woo** | ASSIGNOR'S SIGNATURE<br>*[signature]* | DATE<br>February 21, 2018 |
|---|---|---|
| ADDRESS<br>104-1201, 548, Changwon-daero, Uichang-gu, Changwon-si,<br>Gyeongsangnam-do 51405, Republic of Korea | | CITIZENSHIP<br>Republic of Korea |