Exhibit 4

EXCLUSIVE PATENT LICENSE

WHEREAS Homelec Korea Co., Ltd (KR) ("HomElec") having a place of business at Level 2, M-Park Bldg. 30, Ogeum-Ro 44Ga-Gil, Songap-Gu, Seoul 183-310, Korea, is the owner of:

1. pending U.S. Design Patent Application No. 29/668,929 filed on November 2, 2018, entitled "Part For a Handheld Massager"

2. pending U.S. Design Patent Application No. 29/668,924 filed on November 2, 2018, entitled "Part For a Handheld Massager"

3. pending U.S. Design Patent Application No. 29/668,896 filed on November 2, 2018, entitled "Part For a Handheld Massager"

4. U.S. Design Patent No. D823,478 issued July 17, 2018, entitled "Portable Massager," and

5. U.S. Design Patent No. D855,197 issued July 30, 2018, entitled "Rechargeable Dual Massage Apparatus"

(collectively, "the Patents");

WHEREAS HomElec has previously granted to Pado, Inc. ("Pado") having a place of business at 28340 Avenue Crocker #100, Valencia, California 91355, United States of America, an exclusive distributorship and license within the territory of the United States for related products and patents;

WHEREAS HomElec and Pado (collectively, "the Parties") desire for Pado to have an exclusive distributorship for products covered by the Patents, and an exclusive license to the Patents, within the territory of the United States, and to have a recordable instrument by which Pado can record within the United States Patent and Trademark Office (PTO) Pado's exclusive license in the Patents and it right to enforce the Patents throughout the United States;

NOW THEREFORE:

For valuable consideration given, the receipt and sufficiency of which are hereby acknowledged, HomElec hereby grants to Pado an exclusive license to the Patents, including any patents which may issue in the future from any divisional, continuation, continuation-in-part, reexamination, and reissue applications thereof and therefrom, throughout the United States, including the right to sue for past infringements.

**Enforcement.** Pado shall have the right but not the obligation to enforce the Patents in its own name.

In the event that Pado chooses not to enforce the Patents against an infringer, HomElec shall have the right but not the obligation to pursue such infringer at its own expense. In order to ensure that all necessary parties are joined in an enforcement action brought by HomElec, Pado agrees to be joined in such action(s) as a party plaintiff, at HomElec's sole expense, and to cooperate with HomElec in HomElec's enforcement efforts. HomElec shall reimburse Pado for all of Pado's expenses including attorney fees and out-of-pocket costs associated with any such enforcement actions initiated by HomElec.

**Termination.** This license may be terminated by either Party upon 30 days notice to the other Party. In the event that the license is terminated, Pado may, at its option, continue to seek

damages and any other remedies available to Pado under the patent statutes for any infringements of the Patents that occurred prior to the date of termination.

**Successors.** This license shall inure to the benefit of any successors to substantially all of the businesses of the respective Parties.

HOMELEC KOREA CO., LTD

By: _____ / Christopher CHUN
(insert typed name and title)   CEO

Dated: Oct. 28th, 2019

PADO, INC.

By: _____
Steven Lee, its President

Dated: Oct 28th, 2019