# Exhibit 5









File Edit View History Bookmarks Tools Help
Amazon.com: Pure Wave CM7
https://www.amazon.com/Pure-Wave-Handheld-Massager-black/dp/B06XDCZ9C9 120%
Search
Front Page Most Visited Capabilities - Capabilit... Google Getting Started Los Angeles Times
amazon prime
Health, Household & Baby Care
Hello, Joel Account & Lists Returns & Orders Prime 0 Cart
Deliver to Joel Malibu 90265
Joel's Amazon.com Best Sellers Prime Video Help Browsing History Today's Deals Registry Find a Gift Buy Again Gift Cards #FoundItOnAmazon New Releases Whole Foods Coupons
Health & Personal Care Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness Medical Supplies & Equipment FSA Eligible Items Sales & Special Offers
Shop the Kids' Store by age Birth - 24 Months 2 - 4 Years 5 - 7 Years 8 - 12 Years & Up Shop now

Health & Household › Wellness & Relaxation › Massage Tools & Equipment › Electric Massagers › Back Massagers

Roll over image to zoom in

# Pure Wave CM7 Handheld Back Massager (black)

by Pure-Wave

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- POWERFUL CORDLESS + RECHARGEABLE: Powerful cordless percussion massager. High speed percussion motor up to 3,700 RPM. Facial micro-vibration motor on handle side operating up to 10,000 RPM. Variable speed dial to adjust intensity of percussion or vibration.
- BENEFITS: Repetitive acute percussion therapy relieves muscle tension, knots, spasms, aches and pains. Release trigger points, increase blood flow, gain greater range of motion. Great for use on areas such as neck, back, legs and feet. Five uniquely designed percussion attachments. Plus bonus facial attachment.
- BENEFITS: Repetitive acute percussion therapy relieves muscle tension, knots, spasms, aches and pains. Release trigger points, increase blood flow, gain greater range of motion. Great for use on areas such as neck, back, legs and feet. Five uniquely designed percussion attachments. Plus bonus facial attachment.
- INSTRUCTIONAL VIDEOS: Watch the "Pure Wave CM7 Cordless Massager Out of the Box" video below for how to properly use attachments and how to turn on the percussion motor vs micro-vibration motor.
- INNOVATIVE SLIM DESIGN: Cordless to fit your lifestyle. Great for on-the-go or simply relaxing. Incorporate the Pure Wave into your pre & post workout routines. Powerful enough for professionals but designed for at home therapy and muscle recovery.

Report incorrect product information.

**Currently unavailable.**
We don't know when or if this item will be back in stock.
To Malibu 90265
Add to List
Share

when using Highlight All Match Case Whole Words 1 of 1 match

File Edit View History Bookmarks Tools Help
Amazon.com: Pure Wave CM7
https://www.amazon.com/Pure-Wave-Handheld-Massager-black/dp/B06XDCZ9C9 120%
Search
Front Page Most Visited Capabilities - Capabilit... Google Getting Started Los Angeles Times

## Special offers and product promotions

- Get a **$70 Amazon.com Gift Card** instantly upon approval for the **Amazon Prime Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product description

Experience the most powerful and soothing cordless massager on the market. The variable speed controller allows you to dial into the perfect intensity whilst 6 different massage heads allows you to select the firmness and style of your massage. Take control of those muscle spasms, stubborn knots, tight joints, stiff muscles and cramping legs with Pure-Wave CM7. This model includes a facial vibration motor built into the end of the handle with specially designed facial massage and scalp massage attachments. Pure-Wave massagers are cordless, ergonomic and lightweight for use whenever and wherever you need it.

STRENGTH WARNING: Pure Wave is powerful. If you are use to a gentle massage or are sensitive to aggressive massage therapy you may be surprised with Pure Wave's strength. You may also be pleasantly surprised with the results after a few days of percussion therapy. When using Pure Wave for the first time, we recommend you start with the soft air-cushion attachment at lower speeds until you are comfortable with the strength of this massager. Read owner's manual prior to use. If you experience any bouncing try increasing the speed to reduce bouncing impact. You may also try holding the massager at a different position on the handle.

THE POWER OF PERCUSSION: Most muscle pain occurs deep in the tissue, where vibrating massagers can't reach. But Pure Wave percussion massagers use short, powerful strokes to penetrate deep. Gently stretching muscles and tendons. Breaking down adhesions and knots. Restoring circulation and flexibility. Professionals use PureWave for therapeutic massage. Now you can, too.

FEATURES: Pure-Wave CM7 features a variable speed dual motor design, percussion and micro-vibration motors. The CM7 model includes 6 different massage sticks to address different areas of the body and unique styles of massage. Soft, Medium or Firm. Cordless rechargeable massager includes charger and attachments.

## Product details

**Product Dimensions:** 16.5 x 3.5 x 2.8 inches ; 1.75 pounds

**Shipping Weight:** 1.8 pounds

**ASIN:** B06XDCZ9C9

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #1,442,718 in Health & Household (See Top 100 in Health & Household)
#5654 in Electric Back Massagers

when using Highlight All Match Case Whole Words 1 of 1 match

File Edit View History Bookmarks Tools Help

Amazon.com: Pure Wave CM7

https://www.amazon.com/Pure-Wave-Handheld-Massager-black/dp/B06XDCZ9C9 120% Search

Front Page Most Visited Capabilities - Capabilit... Google Getting Started Los Angeles Times

#384040 in Health Care Products

**Product Warranty:** For warranty information about this product, please click here

Would you like to **tell us about a lower price**?

## Related video shorts | Upload your video

DUAL MOTOR INTRODUCTION...

PadoUSA

Free Access to Professional Therapy...

PadoUSA

Pure Wave Spa Like Massage

PadoUSA

## Important information

**Legal Disclaimer**

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

PillPack an amazon company Your medication, delivered Learn more ›

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?

when using Highlight All Match Case Whole Words 1 of 1 match

## One Wave. Many Ripples

Less pain. Better movement. Better health. Better life.
Discover the Pure Wave ripple effect today.



**PureWave CM7**
MUSCLE, JOINT AND FACIAL MASSAGER (DUAL MOTOR) ADJUSTABLE INTENSITY
★★★★★ 1449 Reviews
$124.95

**PureWave CM7**
MUSCLE, JOINT AND FACIAL MASSAGER (DUAL MOTOR) ADJUSTABLE INTENSITY
★★★★★ 1449 Reviews
$124.95

**PureWave CM5**
MUSCLE AND JOINT MASSAGER ADJUSTABLE INTENSITY
★★★★★ 285 Reviews
$99.95

## BEST-IN-CLASS POWER

Go Cordless. Go Painless




### It's Loved for Self-Massage
Laura Jenkins, Licensed Massage Therapist, shares her expert knowledge about using Pure-Wave for self-massage. This quick introduction video also gives you a great overview of our Pure-Wave CM7 attachments and how to use them effectively.

**LEARN MORE**

### #1 Professional Recommmended
Dr. Robert Gonzalez, D.C. explains why he loves the Pure-Wave cordless massager. He believes it is easy for his patients to use at home to help them stay healthy in between visits. He also shares advice on how he uses it in his practice to speed up the healing process.

**LEARN MORE**

## SHOP NOW >
## 100% Money Back Guarantee.

# The Healer's Choice


**DR. ROBERT GONZALEZ, D.C.**
I love the Pure Wave. We actually fight over it in the office to see which therapist is going to use it.
READ MORE...


**LAURA JENKINS, LMT**
What I love about the Pure Wave is the versatility. It's good for at-home maintenance when you're not able to see a massage therapist. This will help.
READ MORE...


**DR. DENNY PATEL, DPT, CSCS**
I think it's fantastic. [Pure Wave] helps relieve tension in the neck, the back, whatever. I recommend it to everybody.
READ MORE...


**LENA FUMI, AERIALIST.**
When I'm performing it's a strenuous performance. Being able to recover from that is really important. Pure Wave is making my life so much better.
READ MORE...

**SIGN UP FOR SPECIAL OFFERS**

NAME | YOUR EMAIL ADDRESS | **SUBSCRIBE**

**NEED HELP CALL US (866) 528-1010**

Video Disclaimer: On some of our videos we use a high speed camera and playback in slow motion so you can see the wave effect PureWave has on your muscles. We hope you enjoy our site and our products!

  

**Shop**
PUREWAVE CM-07
PUREWAVE CM-05
VACUUM BLENDER
PADO OZEN 310
PADO OZEN 500
BIVI SHOULDER MASSAGER
BIVI PILLOW MASSAGER
BIVI VIBRATION BALL
BIVI VIBRATION MINI ROLLER
BIVI VIBRATION FOAM ROLLER
ACCESSORIES
PRODUCT REVIEWS

**Customer Service**
SIGN IN
REGISTER
MY ACCOUNT
CHECKOUT
SHIPPING & RETURNS
CONTACT US

**Terms & Conditions**
PRIVACY POLICY
GDPR PRIVACY POLICY
SECURE SHOPPING
SITEMAP

**Company**
ABOUT US
BLOG
BECOME A DEALER
DEALER LOCATION
CAREERS

**FOLLOW US AND FEEL THE EXPERIENCE**

           

© 2019 Pure Wave by Pado. All Rights Reserved.



# PUREWAVE CM7

CORDLESS MUSCLE, JOINT AND FACIAL MASSAGER (DUAL MOTOR)

Muscle and tendon pain melt away under the healing touch of the CM7. The powerful percussion head penetrates deep into muscle tissue to relieve pain and speed muscle recovery. The speed dial also lets you dial back the intensity, to treat sore tendons and joints.



The handle of the CM7 houses a second, microvibration massager that pulses at 10,000 vibrations per minute. Ideal for facial massage, and for relieving jaw pain and tension headaches.

Compact and cordless, the CM7 fits easily into a backpack or suitcase. So you can take professional-grade massage wherever life takes you.

- Two massagers in one, for percussion and microvibration therapy
- Best-in-class power for deep tissue massage (3,700 RPM)
- Dissolves painful muscle knots and adhesions
- Improves circulation and speeds muscle recovery
- Soothes inflamed joints and tendons
- Relieves tension in the jaw and temples
- Percussion Therapy Massager
- Best Percussion Massagers for Athletic Recovery
- 1.75 pounds. Approximate dimensions 16.5"L x 2.75"W x 4"H





**PERCUSSION**
MOTOR - 7.2v, dc 3700 rpm
SPEED - 1,500 RPM - 3700 RPM

**CHARGER**
(1) ONE HOUR CHARGING TIME
180 MIN CONTINUOUS
1 WEEK @ 20-30 MIN USE/DAY

**BATTERY**
7.2 V Lithium-ion 2200mA
18650 x 2 Cell 7.2

**FACIAL**
MOTOR - 7.2 V, DC
SPEED - UP TO 11,000 RPM



**INCLUDED WITH CM-07**
CORDLESS MASSAGER

- VIBRATION MASSAGER
- SIX-HEAD STICK
- BODY MASSAGE OIL STICK
- AIR-CUSHION STICK
- SCALP MASSAGE STICK
- PERCUSSION MASSAGER
- POINT STICK
- FACIAL MASSAGE STICK
- CHARGER

**HOW THE STICKS ARE ATTACHED**
CM-07 MASSAGER



AIR-CUSHION, SIX-HEAD & POINT STICKS
Thread on

FACIAL MASSAGE STICK
Slip on

SCALP & BODY MASSAGE STICKS
Slip on

# PROFESSIONALS LOVE IT

90 DAYS RISK FREE >

Authentic Reviews By TrustSpot

ASK QUESTION

1449 Reviews

0 Questions, 0 Answers

| | | |
|---|---|---|
| 5 STAR | | 1107 |
| 4 STAR | | 208 |
| 3 STAR | | 63 |
| 2 STAR | | 36 |
| 1 STAR | | 35 |

**Product Reviews** (1449) Questions (0)

SORT BY: Most Recent

---

Debra S ✓ Verified Buyer 11/22/2019

Love it! Works great!

SHARE Was this review helpful? 0 0

---

Laura ✓ Verified Buyer 11/22/2019

This is a great massager! I use it on several areas, and it relieves the tightness and reduces pain. I've seen it advertised for some time, and finally broke down and purchased it to see if it was as good as it seemed. Yes!

SHARE Was this review helpful? 0 0

---

✓ Verified Buyer 11/22/2019

This thing is magical

SHARE Was this review helpful? 0 0

---

Sarah C ✓ Verified Buyer 11/22/2019

Great,depth,and the percussion gets me knots worked out.

SHARE Was this review helpful? 0 0

★★★★★  Melissa A  ✓ Verified Buyer                           11/21/2019

Has been an AMAZING purchase, and has helped my boyfriend tremendously with his back and sciatic nerve issues! Thank you so much and will highly recommend!

⤴ SHARE                                        Was this review helpful?  👍 0  👎 0

★★★★★  Bruce N  ✓ Verified Buyer                            11/21/2019

Great buy, so glad I tried it.I have been fused from c2 thru t4 and l4 thru s1.i have a neurostimulator In back but have nothing for my neck.This cut my opiod treatment to only 2 tablets a day

⤴ SHARE                                        Was this review helpful?  👍 0  👎 0

1  2  3  4           NEXT ›



**NEED HELP CALL US (866) 528-1010**

Video Disclaimer: On some of our videos we use a high speed camera and playback in slow motion so you can see the wave effect PureWave has on your muscles. We hope you enjoy our site and our products!

| Shop | Customer Service | Terms & Conditions | Company |
|---|---|---|---|
| PUREWAVE CM-07 | SIGN IN | PRIVACY POLICY | ABOUT US |
| PUREWAVE CM-05 | REGISTER | GDPR PRIVACY POLICY | BLOG |
| VACUUM BLENDER | MY ACCOUNT | SECURE SHOPPING | BECOME A DEALER |
| PADO OZEN 310 | CHECKOUT | SITEMAP | DEALER LOCATION |
| PADO OZEN 500 | SHIPPING & RETURNS | | CAREERS |
| BIVI SHOULDER MASSAGER | CONTACT US | | |
| BIVI PILLOW MASSAGER | | | |
| BIVI VIBRATION BALL | | | |
| BIVI VIBRATION MINI ROLLER | | | |
| BIVI VIBRATION FOAM ROLLER | | | |
| ACCESSORIES | | | |
| PRODUCT REVIEWS | | | |

**FOLLOW US AND FEEL THE EXPERIENCE**

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER  PayPal  GeoTrust

© 2019 Pure Wave by Pado. All Rights Reserved.