# Exhibit 6





Pure-Wave by PADO
@padoinc

- Home
- About
- Videos
- Photos
- Posts
- Events
- Shop
- Community
- Contest
- Store Locator

Create a Page

Like · Follow · Share · ···

Shop Now

## Community

Invite your friends to like this
472,135 people like this
477,971 people follow this

## Videos

Se

## About

28340 Ave Crocker
Valencia 91355
(866) 528-1010
Typically replies within a day
Send Message
www.padousa.com
Health/Beauty
Suggest Edits

## Page Transparency

Facebook is showing information to he
understand the purpose of a Page. See
the people who manage and post conte

Page created - August 11, 2015

Team Members

Steven Lee
Travis Frye

Pages Liked by This Page

ChoosePT
American Physical T
IDEA Health & Fitnes

## Photos

English (US) · Español · Português
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad C
Cookies · More

Search      Log In      Sign Up



# purewavebypado

Follow

**213** posts    **32.7k** followers    **622** following

**PUREWAVE™ By PADO**
#1 Choice of professionals worldwide. Dual motor design for both powerful percussion therapy and 2nd motor for soothing vibration massage. #purewave
linkin.bio/purewavebypado

  

Happy Cu...    Instructio...    Special

**POSTS**    **TAGGED**

  

  














PUREWAVE™ By PADO (@purewavebypado) • Instagram photos and videos

 Instagram

Search

Log In  Sign Up





PUREWAVE™ By PADO (@purewavebypado) • Instagram photos and videos

 Instagram

Search

Log In  Sign Up










PUREWAVE™ By PADO (@purewavebypado) • Instagram photos and videos

 Instagram

Search

Log In  Sign Up







Log In to Instagram

Log in to see photos and videos from friends and discover other accounts you'll love.



TERMS   DIRECTORY   PROFILES   HASHTAGS   LANGUAGE

© 2019 INSTAGRAM FROM FACEBOOK

YouTube

Search

Sign in

Home
Trending
History
Get YouTube Premium
Get YouTube TV

BEST OF YOUTUBE

Music
Sports
Gaming
Movies
TV Shows
News
Live
Fashion
Spotlight
360° Video

Browse channels

Sign in to like videos, comment, and subscribe.

Sign in

Padousa.com

Subscribe 2.15K

Home Videos Playlists Community Channels About

All activities

Padousa.com uploaded a video 2 weeks ago

PUREWAVE Massager Review What You Need To Know
Padousa.com
2 weeks ago • 70 views
See how cheap Knockoffs line up against the PUREWAVE percussion massager. Don't expect massagers that look like PUREWAVE to perform the same. And chances are high that they...

Padousa.com uploaded a video 2 weeks ago

Tips On How To Sit Properly In A Chair To Decrease Back Pain
Padousa.com
2 weeks ago • 133 views
How To Sit Properly In A Chair

Padousa.com uploaded a video 3 months ago

Lower Back Pain Relief using Yoga Stretches and the PUREWAVE™ Massager - Part 3 of 3
Padousa.com
3 months ago • 134 views
Lower Back Pain Relief Part 3 of 3.

