# Exhibit 7



## Cordless Massager CM-07
# USER MANUAL



# TABLE OF CONTENTS

Contents and Product Description··············································3p

Charging and Battery Life···························································3~4p

Using Pure-Wave Massager·······················································4~5p

Warnings and Safety Cautions··················································5~6p

Product Care and Maintenance················································6p

Specifications·················································································6~7p

Troubleshooting···········································································7p

Warranty·························································································7p

Save These Instructions·····························································8p



## Contents and Product Description

▪ **Contents**

What's included with Pure-Wave Cordless Massager CM-07:



Battery charging light
On/Off power light
On/Off & Speed dial
Charger input
Vibration Massager/Stick Holder
Silicone handle
Silicone handle
Percussion Massager/Massage Stick
Massager stand
AC Charger

| Air-Cushion Stick | Point Stick | 6-Head Stick | Scalp Massage Stick | Body Massage Oil Stick | Facial Massage Stick |
|---|---|---|---|---|---|
| Knee, wrist, ankle or other joints (Swedish Massage) | Reflexology & Acupressure | Waist, back or thigh (Deep Tissue & Sports Massage) | Scalp Massage | Body Massage (Use with body oil or gel) | Facial Massage (Use with facial cream, oil or gel) |

▪ **Product Description**

Pure-Wave CM-07 Cordless Massager is a fast recharging portable percussion massager free of cords, cables, and hassles.  Pure-Wave CM-07 is a variable speed percussion massager with a built in vibration facial massager. The facial massager is built into the end of the handle and powered by a separate motor. Pure-Wave is powered by lithium-ion batteries and can generate the same level of massage strength compared to AC outlet-powered massagers. The motors are small and lightweight with outstanding performance and power. Pure-Wave is one of the most powerful cordless massagers of its class and should be used with care and safety in mind.

## Charging and Battery Life

▪ **Charging**

For best results charge massager before use.

1. Plug the CHARGER into an electrical outlet.
2. Plug the CHARGER into the Pure-Wave cordless massager. The BATTERY CHARGING LIGHT is red to indicate charging is in process.
3. The BATTERY CHARGING LIGHT displays a green light when charging is complete. When green light appears, remove charger from device.
4. Remove the CHARGER from Pure-Wave cordless massager before use.
5. Pure-Wave is ready for use. See operating instructions.

▪ **Battery Life**

1. Battery life: continuous use up to 180 minutes (if no load is applied).
2. Battery tests were done in the manufacturer's facility with its own equipment. Battery life varies depending on ways of use and/or the surrounding conditions.
3. Batteries equipped : 7.2V Lithium-ion 2200mA 18650 2 Cell
4. Battery life varies by application and/or operating conditions
5. If the product is not in use for a long time, please keep its power off. Batteries will last longer if kept recharged versus a discharged state.
6. Please keep the massager away from heat and avoid using in places where the surrounding temperature is relatively hot.
7. During storage keep the power off and store the product in a cool place.

## Using Pure-Wave Massager

Pure-Wave is a dual motor massager and therefore has two operating modes.

▪ **CM-07: Percussion massager**

1. Remove CHARGER for operation. For safety reasons, product will not turn on when CHARGER is plugged into device.
2. Attach the MASSAGE STICK of your choice.
3. Turn the On/Off & SPEED DIAL on (Clockwise). You will immediately hear ONE BEEP and if fully charged the POWER LIGHT displays a solid green light to indicate product is on.
4. Turn CLOCKWISE immediately to initiate PERCUSSION MODE and set desired speed.
5. For User's safety, the product is designed to automatically power off and stops itself if too much load is applied on the product. In this case, Pure-Wave cordless massager must be reset.  Turn power off if it is still on, plug the CHARGER into an outlet, and then plug the charger into the product. Wait about three seconds and then unplug CHARGER from product, and then turn product on and start massaging.

▪ **Massage Sticks**

Based on your preference of firm or soft massage styles, select the appropriate massage stick based on your body part or preference.

1. Air Cushion Stick will offer a softer massage with its patented Air-Cushion technology.  It is recommended for sensitive areas where there is more "bone" to muscle area such as joints, shoulder, knee or ankle areas.
2. For a firm deep tissue massage, use the Point Stick or 6-Head Stick.  It is recommended in areas where there is more "muscle" to bone area.
3. For a wider area massage select the 6-head stick.

▪ **CM-07: Vibration Facial Massager**

1. Push the facial massage stick tightly onto the stick holder.
2. Turn the power dial (On/Off & SPEED DIAL) on and set it to '0' speed level. You will immediately hear ONE BEEP and the POWER LIGHT will display green.
3. Keep POWER DIAL in '0' speed position for a few seconds until you see the POWER LIGHT flashing.
4. Turn CLOCKWISE to initiate vibration facial massager and set to desired intensity. Note the Percussion Head will not work in this mode. To initiate percussion mode, turn dial off and then back on turning clockwise until percussion mode engages.



## Warnings and Safety Cautions 

For your safety and to avoid any property damage, please read this manual carefully and use as indicated. Non-Compliance may cause serious injuries or death and or severe property damage. Do not use Pure-Wave massagers in any way other than the usage stated in the manual.

▪ **Warning:**

1. Only use the charger provided by Pure-Wave.  Unspecified charger or adapter may cause overheating, explosion, electric shock or fire.
2. Only use certified Pure-Wave brand massage stick adaptors for your safety and to prevent damage of Pure-Wave cordless massager.
3. Do not use the product while driving a vehicle.
4. Do not use the massager with wet hands.  Do not insert any object into the charger input.  This may cause damage to the product or electric shock.
5. Keep the product away from heating appliances such as oven, microwave, hot cooking utensils, high pressure cooker.  This may cause a degradation of the batteries and/or product malfunction.
6. Do not apply heavy force to the product.
7. Do not disassemble or drill into the product and/or batteries. This may cause product malfunction, electric shock or fire.
8. Do not use product on heat generating material.  This may cause the batteries to overheat and cause malfunction or overheating.
9. Keep product out of reach of children or pets.
10. The recommended temperature to use the product in places where the temperature is not too cold nor too hot.  5C (41F) to 35C (95F).  Use common sense when using or storing the Pure-Wave.  Leaving in overly hot places (such as inside a parked car on hot day or next to a window with direct sun) may cause malfunction or overheating to batteries.
11. Do not drop, apply excessive force or heavy weight over Pure-Wave massager for it can cause malfunction and/or damages.

12. Do not use massager on:

    a. Sensitive skin, swollen or inflamed areas, in the presence of poor circulation, where skin eruptions are present, or in the presence of unexplained calf or abdominal pain.

    b. Varicose veins.

    c. The throat area

    d. Genital Areas

    e. Unconscious or sleeping person

13. Do not take apart, modify or change the parts.  This may cause electric shock and the product will no longer be covered under manufacturer warranty.

14. Do not use the product other than the usage stated in the manual, for it can cause breakdown.

15. We recommend not to use this as a sexual personal massager.  This is a powerful massager and may cause severe bodily injuries.

16. Do not keep or use the product in areas where temperature changes drastically or where humidity is high.  This may cause damage to electrical circuits and batteries.

17. If the product is not in use for extended duration, charge the unit once every month.  If the batteries remain discharged too long, this may degrade the life cycle and performance of product.

18. Do not keep product near a high magnetic field or where it can be affected by a magnetic field, for it can cause batteries to discharge.

19. This product is intended for consumer home use.  Commercial use will cause premature breakdown of the product.

## Product Care and Maintenance

1. Place the massager in a safe, cool and dry place when not in use.

2. Always unplug massager prior to cleaning.

3. After use, wipe massager with a soft, damp cloth using non-abrasive cleaners. If necessary clean with a sterilizer.

4. DO NOT submerge Pure-Wave cordless massager in water or any other liquid.

5. Keep away from all solvents and harsh detergents.

6. DO NOT attempt to repair this massager. There are no user-serviceable parts.

7. DO NOT dispose Pure-Wave cordless unit in a landfill. Pure-wave contains a Li-ion battery and other electrical components which is considered hazardous E-Waste.

## Specifications

1. Battery: 7.2V Lithium-ion 2200mA 18650 x 2 Cell

2. Charge Time/Use Duration: 120 min charge lasting a week (20-30 min use a day)

3. Variable speed change (1,500 rpm - 3,700 rpm)

4. Percussion massager motor: 7.2V, DC, 3700 rpm

5. Facial massager motor: 7.2V, DC, 11,000 rpm

6. Charger Input Voltage: 100V-240V, 50/60Hz, 0.4 A Max

7. Charger Output Voltage: 8.5V, DC, 1A

## Troubleshooting

▪ **Massager does not work**

1. Make sure massage is fully charged. The POWER LIGHT should be green.

2. Reset the massager by turning power off. Plug the CHARGER into an outlet, then plug the recharger into the product. Wait about three seconds then unplug both sides of CHARGER and then turn product on and start massaging.

3. The Lithium-ion battery life may have reached its cycle limit.

▪ **The massager does not start right away**

1. For percussion mode there it takes up to 3 seconds for massager to start. Turn dial to engage and increase speed/intensity. Power light should be solid green.

2. For facial massager you must keep dial in the "0" position for 3 seconds or until green power light is blinking. Turn dial to engage or increase speed/intensity.

\* For more troubleshooting refer to www.PadoUSA.com/ online troubleshooting guide.

## Warranty (1-Year Limited)

For your safety and to avoid any property damage, please read this manual carefully and use as indicated. The manufacturer's warranty is void under the following circumstances but not limited to:

1. Improper or inadequate maintenance or modification

2. Accident, misuse, abuse, contamination or other external causes

3. The use of unspecified adapter and accessories

4. Loss or damage in transit

5. Damages that occurs as a result of one's failure to follow the instructions

This Warranty does not apply to expendable or consumable parts and does not extend to any product from which the serial number has been removed.

| Name of product | | Warranty terms |
| --- | --- | --- |
| Model name | Pure-Wave CM-07 | One year |
| Manufacturing No. | | |
| Date purchased | | |
| Customer signature | | |

## Save These Instructions

If you need another copy of the owner's manual, you can download them from
www.PadoUSA.com

One (1) Year Limited Warranty from date of purchase

PADO® warrants this product against defects in materials and/or workmanship under normal use for a period of ONE (1) YEAR from the date of purchase by the original purchaser ("Warranty Period"). If a defect arises and a valid claim is received within the Warranty Period, at its option, PADO will either 1) repair the defect at no charge, using new or refurbished replacement parts, or 2) replace the product with a new product that is at least functionally equivalent to the original product.  A replacement product or part, including a user-installable part installed in accordance with instructions provided by PADO, assumes the remaining warranty of the original product. When a product or part is exchanged, any replacement item becomes your property and the replaced item becomes PADO's property.

Obtaining Service: To obtain warranty service, email PADO Limited Warranty Service at warranty@padousa.com. A purchase receipt is required. All repairs and replacements must be authorized in advance. Service options, parts availability and response times will vary. You are responsible for delivery and the cost of delivery of the product or any parts to PADO authorized service center for replacement, per our instructions.

Limits and Exclusions: Coverage under this Limited Warranty is limited to the United States of America, including the District of Columbia and the U.S. Territories of Guam, Puerto Rico, and the U.S. Virgin Islands. This Limited Warranty applies only to products manufactured for PADO that can be identified by the "PADO" trademark, trade name, or logo affixed to them or their packaging. The Limited Warranty does not apply to any non-PADO products. Manufacturers or suppliers other than PADO may provide their own warranties to the purchaser, but PADO, in so far as permitted by law, provides these products "as is." This warranty does not apply to: a) damage caused by failure to follow instructions relating to product's use or the installation of components; b) damage caused by accident, abuse, misuse, fire, floods, earthquake or other external causes; c) damage caused by service performed by anyone who is not a representative of PADO; d) accessories used in conjunction with a covered product; e) a product or part that has been modified to alter functionality or capability; f) items intended to be periodically replaced by the purchaser during the normal life of the product including, without limitation, batteries or light bulbs; g) any product sold "as is" including, without limitation, floor demonstration models and refurbished items; or h) a product that is used commercially or for a commercial purpose.

PADO SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM THE USE OF THIS PRODUCT, OR ARISING OUT OF ANY BREACH OF THIS WARRANTY. TO THE EXTENT PERMITTED BY APPLICABLE LAW, PADO DISCLAIMS ANY AND ALL STATUTORY OR IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND WARRANTIES AGAINST HIDDEN OR LATENT DEFECTS. IF PADO CANNOT LAWFULLY DISCLAIM STATUTORY OR IMPLIED WARRANTIES, THEN TO THE EXTENT PERMITTED BY LAW, ALL SUCH WARRANTIES SHALL BE LIMITED IN DURATION TO THE DURATION OF THIS EXPRESS WARRANTY.

Some states disallow the exclusion or limitation of incidental or consequential damages or how long an implied warranty lasts, so the above exclusions or limitations may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.