# Exhibit 8



## Cordless Massager CM-07
# USER MANUAL



## TABLE OF CONTENTS

Contents and Product Description··································3p

Charging and Battery Life ··································3~4p

Using Pure-Wave Massager··································4~7p

Warnings, Safety, and Contraindications··································7~9p

Product Care and Maintenance··································9p

Specifications··································9p

Troubleshooting··································10p

Warranty··································10~11p

# Contents and Product Description

### ▪ Contents

What's included with Pure-Wave Cordless Massager CM-07:



- Battery charging light
- On/Off power light
- On/Off Speed dial
- Charger input
- Percussion Motor
- Silicone rubber grip
- Micro-Vibration Motor
- Facial Micro-Vibration Massager *(Only use Facial Stick on this side)*
- Percussion Massager/ Massage Stick
- Massager stand
- AC Charger

| Air-Cushion Stick | Point Stick | 6-Head Stick | Scalp Massage Stick | Body Massage Oil Stick | Facial Massage Stick |
|---|---|---|---|---|---|
| Soft general massage. Great for soft tisue around joints. | Reflexology & Acupressure. Great for targeted massage. | Waist, back or thigh. (Deep Tissue & Sports Massage) | Scalp Massage. (Slip snugly over threaded side) | Body Massage Use with lotions, creams, oils, gels. (Slip over threads) | Facial Massage Use with facial cream, oil or gel. |

### ▪ Product Description

Pure-Wave CM-07 Cordless Massager is a fast recharging portable percussion massager with an additional built-in facial micro-vibration massager. Both percussion and micro-vibration motors are efficiently designed to be lightweight yet yield outstanding performance and power. Pure-Wave is powered by a lithium-ion battery and includes an AC charger. Also included with Pure Wave CM-07 is a stand and six massage sticks. Pure-Wave is a powerful cordless massager and should be used with care and safety in mind. Please read all warnings before use.

# Charging and Battery Life

### ▪ Charging

For best results charge massager before use.

1. Plug the CHARGER into an electrical outlet.

2. Plug the CHARGER into the Pure-Wave cordless massager.

3. The charger has an LED light which will display red, orange or green to indicate charge state of massager. A green light on the charger indicates 100% charge.

4. The massager will also show a red, orange or green LED charging light but will not always correspond with the color on the charger. The massager charging light turns greens at 90% charge.



5. Remove the CHARGER from Pure-Wave before use.
6. Pure-Wave is ready for use. See operating instructions.

> Pure Wave will not operate while plugged into wall outlet.

### ▪ Battery Life

1. Battery life: continuous use up to 180 minutes (if no load is applied).
2. Battery tests were done in the manufacturer's facility with its own equipment. Battery life varies depending on usage.
3. Batteries equipped : Built-in 7.2V Lithium-ion 2200mA 18650 2 Cell, 16.28 Wh. Replaceable by manufacturer for a fee.
4. If the product is not in use for a long time, please keep its power off. Batteries will last longer if kept recharged versus at a discharged state.
6. Please keep the massager away from heat and avoid using in places where the surrounding temperature is relatively hot.
7. During storage keep the power off and store the product in a cool place.

## Using Pure-Wave Massager

Pure-Wave is a dual motor massager and therefore has two operating modes activated by the On/Off Speed Dial. Only one mode will operate at a time.



*On/Off Speed Dial* — *Facial Micro-Vibration Motor* — *Percussion Motor*

### ▪ Percussion Mode:

1. Remove CHARGER for operation.
2. Turn the On/Off SPEED DIAL clockwise 180 degrees or until percussion motor engages. The percussion side will generate a hammering motion which indicates it is working. The LED power light will be solid. Set desired speed.



> If the dial is not turned quickly to the right you may hear a 2nd beep which means you have activated the facial micro-vibration mode.

3. For user's safety, the product may power off if too much load is applied. In this case, Pure-Wave may need to be reset by plugging it into the charger for 3 seconds (see troubleshooting reset procedure).

### ▪ Facial Micro-Vibration Mode:

1. Turn the On/Off SPEED DIAL just slightly until you hear a beep. A second beep will sound and the LED power light will start blinking. This indicates the micro-vibration mode is on. Set desired speed.
2. To re-initiate percussion mode, turn dial off and then back on turning clockwise until percussion mode engages.

4

▪ **Massage Sticks**

### Threaded Attachments



A  Point Stick


B  Six-Head Stick


C  Air-Cushion Stick

### Slip Over Thread Attachments



D  Scalp Stick


E  Massage Oil Stick

### Slip On Facial Thread Attachment


F  Facial Stick

### Attachment Compatibility



A D
B E
C F

F ONLY






Pure Wave comes with a threaded attachment installed. To remove it, simply turn the attachment counter-clockwise.

5



- Tension
- Neck Pain
- Shoulder Pain
- Upper, Mid, Lower Back Pain
- Elbow & Forearm Pain
- Wrist & Hand Pain
- Hip Pain



- Upper Leg Pain
- Calf Pain
- Foot Pain
- Ankle Pain

1. The 3 threaded attachments (air cushion, point stick, 6-head stick) screw on clockwise to the percussion side. They should be screwed on hand tight. Do not forcefully over tighten.

2. The 3 slip on attachments (scalp massage stick, body massage oil stick, facial massage stick) slip over the PERCUSSION MOTOR threaded tip. Push these on snug.



> The facial massage stick is the only attachment designed to go on the facial micro-vibration motor tip. The other attachments will fall off and we do not recommend using them on the facial micro-vibration side.

3. The air-cushion stick will offer a softer massage with its patented Air-Cushion technology. It can be used on most areas and is recommended for sensitive areas where there is more "bone" to muscle area such as joints, shoulder, knee or ankle areas.

4. For a firm deep tissue massage, use the Point Stick or 6-Head Stick. It is recommended in areas where there is more "muscle" to bone area.

5. For a wider area massage select the 6-head stick. If it hurts your skin, you can use it over clothing.

6. Enjoy the scalp stick for a soothing scalp massage. If you experience bounce, try changing to a higher speed setting or adjusting your hand position on the grip.

7. The massage oil stick is a great way to apply medicated creams or to use with a partner for a deeper more relaxing massage with massage lotions, oils or creams.

8. Pure-Wave CM-07 includes a unique micro-vibration motor. Use the facial stick to experience a relaxing facial massage with your favorite facial creams or lotions.

# Warnings, Safety and Contraindications

For your safety and to avoid any property damage, please read this manual carefully and use as indicated. Non-Compliance may cause serious injuries or death and or severe property damage. Do not use Pure-Wave massagers in any way other than the usage stated in the manual.

▪ **Warnings and Safety**

1. Only use the charger provided by Pure-Wave. Unspecified charger or adapter may cause overheating, explosion, electric shock or fire.

2. Only use certified Pure-Wave brand massage stick adaptors for your safety and to prevent damage of Pure-Wave cordless massager.

3. Do not use the product while driving a vehicle.

4. Do not use the massager with wet hands. Do not insert any object into the charger input. This may cause damage to the product or electric shock.

5. Keep the product away from heating appliances such as oven, microwave, hot cooking utensils, high pressure cooker. This may cause a degradation of the batteries and/or product malfunction.

6. Do not apply heavy force to the product.



> If massager stops working from too much load applied. Turn off immediately. Let it cool down for 5 minutes and then reset massager by plugging it into the charger for 3 seconds. Charger must be plugged into an electrical outlet.

7. Do not disassemble or drill into the product and/or batteries. This may cause product malfunction, electric shock or fire.

8. Do not use product on heat generating material. This may cause the batteries to overheat and cause malfunction or overheating.

9. Keep product out of reach of children or pets.

10. The recommended temperature to use the product in places where the temperature is not too cold nor too hot. 5C (41F) to 35C (95F). Use common sense when using or storing the Pure-Wave. Leaving in overly hot places (such as inside a parked car on hot day or next to a window with direct sun) may cause malfunction or overheating to batteries.

11. Do not drop, apply excessive force or heavy weight over Pure-Wave massager for it can cause malfunction and/or damages.

12. Do not take apart, modify or change the parts. This may cause electric shock and the product will no longer be covered under manufacturer warranty.

13. Do not use the product other than the usage stated in the manual, for it can cause breakdown.

14. We recommend not to use this as a sexual personal massager. This is a powerful massager and may cause severe bodily injuries.

15. Do not keep or use the product in areas where temperature changes drastically or where humidity is high. This may cause damage to electrical circuits and batteries.

16. If the product is not in use for extended duration, charge the unit once every month. If the batteries remain discharged too long, this may degrade the life cycle and performance of product.

17. Do not keep product near a high magnetic field or where it can be affected by a magnetic field, for it can cause batteries to discharge.

18. This product is intended for consumer home use. Commercial use will cause premature breakdown of the product.

- **Contraindications**

1. General list of medical conditions that you should avoid using the Pure-Wave for:

   a. Sensitive skin, swollen or inflamed areas, in the presence of poor circulation, where skin eruptions are present, or in the presence of unexplained calf or abdominal pain.

   b. Varicose veins.

   c. The throat area

   d. Genital Areas

   e. Unconscious or sleeping person

   f. Frostbite

   g. Irritable skin conditions

   h. Deep vein thrombosis

   i. Recent burn

   j. Recent surgery

   k. Acute conditions requiring first aid or medical attention

l. Severe unstable hypertension

m. Acute flare-up of inflammatory conditions such as rheumatoid arthritis

2. Do not use during pregnancy. Pregnant women should consult their health care provider before using a massage tool.

3. If you have a pre-existing medical condition including implants or pacemakers, consult with your physician prior to use.

4. Do not use if you have blood clotting or are subject to blood clotting.

5. Avoid use if you have bleeding disorders, low blood platelet counts and by people taking blood-thinning medications such as Warfarin. Consult with a physician prior to use.

6. Do not us on areas of the body with blood clots, fractures, open or healing wounds, skin infections, weakened bones (such as from osteoporosis or cancer) or where there has been a recent surgery.

7. Any direct pressure over a tumor usually is discouraged. Cancer patients should discuss any concerns about massage therapy with their oncologist.

8. The Pure-Wave does not constitute medical treatment and is not a substitute for a medical examination or diagnosis. If you are dealing with a serious health condition check with your health care provider before using.

## Product Care and Maintenance

1. Place the massager in a safe, cool and dry place when not in use.

2. Always unplug massager prior to cleaning.

3. After use, wipe massager with a soft, damp cloth using non-abrasive cleaners. If necessary clean with a sterilizer.

4. DO NOT submerge Pure-Wave cordless massager in water or any other liquid.

5. Keep away from all solvents and harsh detergents.

6. DO NOT attempt to repair this massager. There are no user-serviceable parts.

7. DO NOT dispose Pure-Wave cordless unit in a landfill. Pure-wave contains a Li-ion battery and other electrical components which is considered hazardous E-Waste.

## Specifications

1. Battery: 7.2V Lithium-ion 2200mA 18650 x 2 Cell

2. Charge Time/Use Duration: 120 min charge lasting a week (20-30 min use a day)

3. Variable speed change (1,500 rpm - 3,700 rpm)

4. Percussion massager motor: 7.2V, DC, 3700 rpm

5. Facial massager motor: 7.2V, DC, 11,000 rpm

6. Charger Input Voltage: 100V-240V, 50/60Hz, 0.4 A Max

7. Charger Output Voltage: 8.5V, DC, 1A

# Troubleshooting

- **Massager does not work**

1. Make sure massage is fully charged. The POWER LIGHT should be green.
2. RESET PROCEDURE: Reset the massager by turning power off. Plug the CHARGER into an outlet, then plug the CHARGER into the product. Wait about three seconds then unplug both sides of CHARGER and then turn product on and start massaging.
3. The Lithium-ion battery life may have reached its cycle limit.

- **The massager does not start right away**

1. For percussion mode there it takes up to 3 seconds for massager to start. Turn dial to engage and increase speed/intensity. Power light should be solid green.
2. For facial massager you must keep dial in the "0" position for 3 seconds or until green power light is blinking. Turn dial to engage or increase speed/intensity.

* For more troubleshooting refer to www.PadoUSA.com/ online troubleshooting guide.

# Warranty (1-Year Limited)

For your safety and to avoid any property damage, please read this manual carefully and use as indicated. The manufacturer's warranty is void under the following circumstances but not limited to:

1. Improper or inadequate maintenance or modification
2. Accident, misuse, abuse, contamination or other external causes
3. The use of unspecified adapter and accessories
4. Loss or damage in transit
5. Damages that occurs as a result of one's failure to follow the instructions

This Warranty does not apply to expendable or consumable parts and does not extend to any product from which the serial number has been removed.

# Save These Instructions

If you need another copy of the owner's manual, you can download them from
www.PadoUSA.com

One (1) Year Limited Warranty from date of purchase

| Name of product | | Warranty terms |
|---|---|---|
| Model name | Pure-Wave CM-07 | One year |
| Manufacturing No. | | |
| Date purchased | | |
| Customer signature | | |

PADO® warrants this product against defects in materials and/or workmanship under normal use for a period of ONE (1) YEAR from the date of purchase by the original purchaser ("Warranty Period"). If a defect arises and a valid claim is received within the Warranty Period, at its option, PADO will either 1) repair the defect at no charge, using new or refurbished replacement parts, or 2) replace the product with a new product that is at least functionally equivalent to the original product.  A replacement product or part, including a user-installable part installed in accordance with instructions provided by PADO, assumes the remaining warranty of the original product. When a product or part is exchanged, any replacement item becomes your property and the replaced item becomes PADO's property.

Obtaining Service: To obtain warranty service, email PADO Limited Warranty Service at warranty@padousa.com. A purchase receipt is required. All repairs and replacements must be authorized in advance. Service options, parts availability and response times will vary. You are responsible for delivery and the cost of delivery of the product or any parts to PADO authorized service center for replacement, per our instructions.

Limits and Exclusions: Coverage under this Limited Warranty is limited to the United States of America, including the District of Columbia and the U.S. Territories of Guam, Puerto Rico, and the U.S. Virgin Islands. This Limited Warranty applies only to products manufactured for PADO that can be identified by the "PADO" trademark, trade name, or logo affixed to them or their packaging. The Limited Warranty does not apply to any non-PADO products. Manufacturers or suppliers other than PADO may provide their own warranties to the purchaser, but PADO, in so far as permitted by law, provides these products "as is." This warranty does not apply to: a) damage caused by failure to follow instructions relating to product's use or the installation of components; b) damage caused by accident, abuse, misuse, fire, floods, earthquake or other external causes; c) damage caused by service performed by anyone who is not a representative of PADO; d) accessories used in conjunction with a covered product; e) a product or part that has been modified to alter functionality or capability; f) items intended to be periodically replaced by the purchaser during the normal life of the product including, without limitation, batteries or light bulbs; g) any product sold "as is" including, without limitation, floor demonstration models and refurbished items; or h) a product that is used commercially or for a commercial purpose.

PADO SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM THE USE OF THIS PRODUCT, OR ARISING OUT OF ANY BREACH OF THIS WARRANTY. TO THE EXTENT PERMITTED BY APPLICABLE LAW, PADO DISCLAIMS ANY AND ALL STATUTORY OR IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND WARRANTIES AGAINST HIDDEN OR LATENT DEFECTS. IF PADO CANNOT LAWFULLY DISCLAIM STATUTORY OR IMPLIED WARRANTIES, THEN TO THE EXTENT PERMITTED BY LAW, ALL SUCH WARRANTIES SHALL BE LIMITED IN DURATION TO THE DURATION OF THIS EXPRESS WARRANTY.

Some states disallow the exclusion or limitation of incidental or consequential damages or how long an implied warranty lasts, so the above exclusions or limitations may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.