# Exhibit 9

## Confirmatory *Nunc Pro Tunc* Assignment of Copyrights

WHEREAS: AT BATTERY, INC. ("AT BATTERY") a California corporation having a place of business at 28340 Avenue Crocker, Suite 200, Valencia, CA 91355 in or about 2016 transferred its business relating to certain massager products to PADO, INC. ("PADO") a California corporation having a place of business at 28340 Avenue Crocker, Suite 100, Valencia, CA 91355 (collectively, the "Parties");

WHEREAS: the Parties at all times contemplated that all intellectual property owned by AT BATTERY relating to the massager products, and all rights to sue and recover all damages for past, present and future infringements would accompany the business being transferred to PADO; and

WHEREAS the Parties are memorializing the transfer of said intellectual property to PADO in this Confirmatory *Nunc Pro Tunc* Assignment;

NOW THEREFORE:

FOR GOOD AND VALUABLE CONSIDERATION, the receipt and sufficiency of which are hereby acknowledged, AT BATTERY hereby confirms the irrevocable transfer and assignment, *nunc pro tunc*, to PADO, its successors and assigns, in perpetuity, of the copyright in all works of authorship created by AT BATTERY relating to the massager business, including the following copyright registrations pertaining to the massage products, as well as any renewals and extensions of said copyrights, with the right to sue and recover all damages for past, present and future infringements of the copyrights:

### Copyright Registrations

| Copyright Reg. No. | Registration Date | Title |
|---|---|---|
| VA 2-110-228 | 01/10/2018 | Picture 1 |
| VA 2-110-318 | 01/10/2018 | Picture 3 |
| VA 2-110-319 | 01/10/2018 | Picture 4 |
| VA 2-128-902 | 01/10/2018 | Picture 2 |
| VA 2-128-903 | 01/10/2018 | Picture 5 |
| VA 2-128-904 | 01/10/2018 | Picture 6 |
| VA 2-128-905 | 01/10/2018 | Picture 7 |
| VA 2-128-901 | 01/10/2018 | Picture 8 |
| TX-8-796-486 | 11/05/2019 | Cordless Massager CM-07 User Manual |
| TX-8-796-570 | 11/05/2019 | Cordless Massager CM-07 User Manual |

//

//

//

//

AT BATTERY further confirms that PADO shall have the right to apply in the future in its own name for all copyrights covering works of authorship created by AT BATTERY relating to the massager business during the time that AT BATTERY was carrying on the massager business, including without limitation all photographs, artwork, and textual material.

IN WITNESS THEREOF, AT BATTERY has duly executed this Confirmatory *Nunc Pro Tunc* Assignment of Copyrights.

AT BATTERY, INC.

_____     11/20/2019
Steven Lee                         Date
~~President~~ SECRETARY

STATE OF California )
                    ) SS.:
COUNTY OF Los Angeles )

On 11/20/2019 before me M. Blas-Reed _____, Notary Public in and for said State, personally appeared Steven Lee, proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

MAHEALANI Y.V. BLAS-REED
Notary Public - California
Los Angeles County
Commission # 2304047
My Comm. Expires Sep 6, 2023

_____
SIGNATURE OF NOTARY PUBLIC

81705579v.1                        Confirmatory Assignment
                                   Page 2 of 1