# Exhibit 11

Case 1:19-cv-06614-RPK-RER   Document 1-12   Filed 11/22/19   Page 2 of 7 PageID #: 92



MIGHTY BLISS™
More power means more pleasure



MANUAL GUIDE



》MIGHTY BLISS™
More power means more pleasure

| | |
|---|---|
| Contents and Product Description | 3 |
| Charging and Battery Life | 4 |
| Using Mighty Bliss Massager | |
| Attachments | 5 |
| Warnings, Safety and Contraindications | 7-8 |
| Product Care and Maintenance | 9 |
| Specifications | |
| Troubleshooting | 10 |
| Warranty (Lifetime Limited) | |

# Contents and Product Description

- **Contents**
What's included with Mighty Bliss Cordless Massager



| Cushion Stick | Point Stick | Six Head Stick | Scalp Stick |
|---|---|---|---|
|  |  |  |  |
| Soft general massage. Great for soft tissue around joints | Reflexology & Acupressure. Great for targeted massage | Waist, back or thigh. (Deep Tissue & Sports Massge) | Scalp Massage. (Slip snugly over threaded side) |

| Massage Oil Sitck | Four Head Stick |
|---|---|
|  |  |
| Body Massge Use with lotions, creams, oils, gels (Slip over threads) | Waist, back, thigh, or spine. (Deep Tissue & Sports Massge) |

- **Product Description**
Mighty Bliss Cordless Massager is a fast recharging portable percussion massager. It is effectively designed to be lightweight yet yield outstanding performance and power. Mighty Bliss is powered by a lithium-ion battery and includes an AC charger. Also included with the Mighty Bliss Massager is 6 massage attachments. Mighty Bliss is a powerful cordless massager and should be used with care and safety in mind. Please read all warnings before use.

## Charging and Battery Life

• **Charging**
For best results charge massager before use.
1. Plug the CHARGER into an electrical outlet.
2. Plug the CHARGER into the Mighty Bliss cordless massager.
3. The charger has an LED light which will display solid blue, blinking blue, solid red and blinking red to indicate the state of the massager.
4. Solid Blue LED light indicates that the massger is fully charged or massager is in motion with a full battery.
5. Solid red LED light indicates low battery (battery charge is under 15%)
6. Blinking red LED light indicates massager is plugged in and being charged and has not yet reached a 90% charge
7. Blinking blue LED light indicates massager is plugged in and being charged and has over a 90% charge

• **Battery Life**
1. Battery life: continuous use up to 180 minutes (if no load is applied).
2. Battery tests were done in the manufacturer's facility with its own equipment. Battery life varies depending on usage.
3. Batteries equipped : Built-in 7.4V Lithium-ion 2200mA 18650 2 Cell, 16.28 Wh.
4. If the product is not in use for a long time, please keep its power off. Batteries will last longer if kept recharged versus at a discharged state.
6. Please keep the massager away from heat and avoid using in places where the surrounding temperature is relatively hot.
7. During storage keep the power off and store the product in a cool place.

## Using Mighty Bliss Massager

1. Turn the On/Off SPEED DIAL clockwise 180 degrees or until percussion motor engages. The percussion motor will generate a hammering motion which indicates it is working. The LED power light will be solid. Set desired speed.

2. For user's safety, the product may power off if too much load is applied. In this case, Mighty Bliss may need to be reset by plugging it into the charger for 3 seconds (see troubleshooting reset procedure).

### Threaded Attachments

[1] Point Stick   [2] Six Head Stick   [3] Cushion Stick

[4] Four Head Stick

### Slip Over Thread Attachments

[5] Massage Oil Sitck   [6] Scalp Stick



- Tension
- Neck Pain
- Shoulder Pain
- Upper, Mid, Lower Back Pain
- Elbow & Forearm Pain
- Wrist & Hand Pain
- Hip Pain
- Foot Pain
- Foot Pain
- Upper Leg Pain
- Calf Pain
- Ankle Pain

1. The 4 threaded attachments (cushion, point stick, 4-head back stick, 6-head stick) screw on clockwise. They should be screwed on hand tight. Do not forcefully over tighten.
2. The 2 slip on attachments (scalp massage stick, body massage oil stick, ) slip over the PERCUSSION MOTOR threaded tip. Push these on snug.
3. The cushion stick will offer a softer massage with its cushion absorbing mechanization. It can be used on most areas and is recommended for sensitive areas where there is more "bone" to muscle area such as joints, shoulder, knee or ankle areas.
4. For a firm deep tissue massage, use the Point Stick or 6-Head Stick. It is recommended in areas where there is more"musclelo bone area.
5. For a wider area massage select the 6-head stick. If it hurts your skin, you can use it over clothing.
6. Enjoy the scalp stick for a soothing scalp massage. If you experience bounce, try changing to a higher speed setting or adjusting your hand position on the grip.
7. The massage oil stick is a great way to apply medicated creams or to use with a partner for a deeper more relaxing massage with massage lotions, oils or creams.

### Warnings, Safety and Contraindications

For your safety and to avoid any property damage, please read this manual carefully and use as indicated. Non-Compliance may cause serious injuries or death and or severe property damage. Do not use Mighty Bliss massagers in any way other than the usage stated in the manual.

• **Warnings and Safety**

1. Only use the charger provided by Mighty Bliss. Unspecified charger or adapter may cause overheating, explosion, electric shock or fire.
2. Only use certified Mighty Bliss brand massage stick adaptors for your safety and to prevent damage of Mighty Bliss cordless massager.
3. Do not use the product while driving a vehicle.
4. Do not use the massager with wet hands. Do not insert any object into the charger input. This may cause damage to the product or electric shock.
5. Keep the product away from heating appliances such as oven, microwave, hot cooking utensils, high pressure cooker. This may cause a degradation of the batteries and/or product malfunction.
6. Do not apply heavy force to the product.

 If massager stops working from too much load applied.Turn off immediately. Let it cool down for 5 minutes and then reset massager by plugging it into the charger for 3 seconds. Charger must be plugged into an electrical outlet.

6    )) MIGHTY BLISS™    MANUAL GUIDE    7

7. Do not disassemble or drill into the product and/or batteries. This may cause product malfunction, electric shock or fire.
8. Do not use product on heat generating material. This may cause the batteries to overheat and cause malfunction or overheating.
9. Keep product out of reach of children or pets.
10. The recommended temperature to use the product in places where the temperature is not too cold nor too hot. 5C (41 F) to 35C (95F). Use common sense when using or storing the Mighty Bliss. Leaving in overly hot places (such as inside a parked car on hot day or next to a window with direct sun) may cause malfunction or overheating to batteries.
11. Do not drop, apply excessive force or heavy weight over Mighty Bliss massager for it can cause malfunction and/or damages.
12. Do not take apart, modify or change the parts. This may cause electric shock and the product will no longer be covered under manufacturer warranty.
13. Do not use the product other than the usage stated in the manual, for it can cause breakdown.
14. We recommend not to use this as a sexual personal massager. This is a powerful massager and may cause severe bodily injuries.
15. Do not keep or use the product in areas where temperature changes drastically or where humidity is high. This may cause damage to electrical circuits and batteries.
16. If the product is not in use for extended duration, charge the unit once every month. If the batteries remain discharged too long, this may degrade the life cycle and performance of product.
17. Do not keep product near a high magnetic field or where it can be affected by a magnetic field, for it can cause batteries to discharge.
18. This product is intended for consumer home use. Commercial use will cause premature breakdown of the product.

• Contraindications
1. General list of medical conditions that you should avoid using the Mighty Bliss for:
a. Sensitive skin, swollen or inflamed areas, in the presence of poor circulation, where skin eruptions are present, or in the presence of unexplained calf or abdominal pain.
b. Varicose veins.
c. The throat area
d. Genital Areas
e. Unconscious or sleeping person
f. Frostbite
g. Irritable skin conditions
h. Deep vein thrombosis
i. Recent burn j. Recent surgery
k. Acute conditions requiring first aid or medical attention
l. Severe unstable hypertension
m. Acute flare-up of inflammatory conditions such as rheumatoid arthritis
2. Do not use during pregnancy. Pregnant women should consult their health care provider before using a massage tool.
3. If you have a pre-existing medical condition including implants or pacemakers, consult with your physician prior to use.
4. Do not use if you have blood clotting or are subject to blood clotting.
5. Avoid use if you have bleeding disorders, low blood platelet counts and by people taking blood-thinning medications such as Warfarin. Consult with a physician prior to use.
6. Do not us on areas of the body with blood clots, fractures, open or healing wounds, skin infections, weakened bones (such as from osteoporosis or cancer) or where there has been a recent surgery.
7. Any direct pressure over a tumor usually is discouraged. Cancer patients should discuss any concerns about massage therapy with their oncologist.
8. The Mighty Bliss Massager does not constitute medical treatment and is not a substitute for a medical examination or diagnosis. If you are dealing with a serious health condition check with your health care provider before using.

### Product Care and Maintenance
1. Place the massager in a safe, cool and dry place when not in use.
2. Always unplug massager prior to cleaning.
3. After use, wipe massager with a soft, damp cloth using non-abrasive cleaners. If necessary clean with a sterilizer.
4. DO NOT submerge Mighty Bliss cordless massager in water or any other liquid.
5. Keep away from all solvents and harsh detergents.
6. DO NOT attempt to repair this massager. There are no user-serviceable parts.
7. DO NOT dispose Mighty Bliss cordless unit in a landfill. Mighty Bliss contains a Li-ion battery and other electrical components which is considered hazardous E-Waste.

### Specifications
1. Battery: 7.4V Lithium-ion 2200mA 18650 x 2 Cell
2. Charge Time/Use Duration: 180 min charge lasting a week (20-30 min use a day)
3. Variable speed change (1,500 rpm - 3,700 rpm)
4. Percussion massager motor: 7.4V, DC, 3700 rpm
5. Charger Input Voltage: 100V-240V, 50/60Hz, 0.5 A Max
6. Charger Output Voltage: 9V, DC, 1A

## Troubleshooting

**Massager does not work**
1. Make sure massage is fully charged. The POWER LIGHT should be solid blue.
2. RESET PROCEDURE: Reset the massager by turning power off. Plug the CHARGER into an outlet, then plug the CHARGER into the product. Wait about three seconds then unplug both sides of CHARGER and then turn product on and start massaging.
3. The Lithium-ion battery life may have reached its cycle limit.

**• The massager does not start right away**
1. It takes up to 3 seconds for the massager to start.
2. Turn dial to engage and decrease speed/intensity.
3. Power light should be solid blue.

## Warranty (Lifetime Limited)

For your safety and to avoid any property damage, please read this manual carefully and use as indicated.
The manufacturer's warranty is void under the following circumstances but not limited to:
1. Improper or inadequate maintenance or modification
2. Accident, misuse, abuse, contamination or other external causes
3. The use of unspecified adapter and accessories
4. Loss or damage in transit
5. Damages that occurs as a result of one's failure to follow the instructions This Warranty does not apply to expendable or consumable parts and does not extend to any product from which the serial number has been removed.

## Save These Instructions

If you need another copy of the owner's manual, you can download them from
www.MightyBliss.com

MIGHTYBLISS™