# Exhibit 12

File Edit View History Bookmarks Tools Help

MIGHTY BLISS™ Deep Tissue B

https://www.mightybliss.com/product-page/mighty-bliss-deep-tissue-back-and-body-massager

Search

Front Page | Most Visited | Capabilities - Capabilit... | Google | Getting Started | Los Angeles Times

MIGHTY BLISS

HOME SHOP CONTACT 0

Home / MIGHTY BLISS™ Deep Tissue Back and Body Massager

< Prev | Next >

Experience the most powerful and soothing cordless massager on the market. The variable speed controller allows you to dial into the perfect intensity whilst 6 different massage heads allows you to select the

# MIGHTY BLISS™ Deep Tissue Back and Body Massager

SKU: 0001

$118.94

Quantity

1

ADD TO CART

## SUPER POWERFUL 3,700 RPM PERCUSSION MOTOR

RELAXES HURTING MUSCLES AND CRAMPS IN SECONDS! Imagine a BMW motor knocking the hell out of your stiff knotty muscles. This Might Bliss percussion massager will knock 3,700 pulses of bliss into your muscles every minute. You'll wish you found this years ago!

File Edit View History Bookmarks Tools Help

MIGHTY BLISS™ Deep Tissue B

https://www.mightybliss.com/product-page/mighty-bliss-deep-tissue-back-and-body-massager

Search

Front Page Most Visited Capabilities - Capabilit... Google Getting Started Los Angeles Times

market. The variable speed controller allows you to dial into the perfect intensity whilst 6 different massage heads allows you to select the firmness and style of your massage.

Take control of those muscle spasms, stubborn knots, tight joints, stiff muscles and cramping legs with the Mighty Bliss Handheld massager. Mighty Bliss massagers are cordless, ergonomic and lightweight for use whenever and wherever you need it.

MIGHTY BLISS is powerful. If you are use to a gentle massage or are sensitive to aggressive massage therapy you may be surprised with MIGHTY BLISS strength. You may also be pleasantly surprised with the results after a few days of percussion therapy. When using Pure Wave for the first time, we recommend you start with the soft air-cushion attachment at lower speeds until you are comfortable with the strength of this massager. Read owner's manual prior to use. If you experience any bouncing try increasing the speed to reduce bouncing impact. You may also try holding the massager at a different position on the handle.

THE POWER OF PERCUSSION: Most muscle pain occurs deep in the tissue, where vibrating massagers can't reach. But Pure Wave percussion massagers use short, powerful strokes to penetrate deep. Gently stretching muscles and tendons. Breaking down adhesions and knots. Restoring circulation and flexibility. Professionals use Mighty Bliss for therapeutic massage. Now you can, too.

FEATURES: Mighty Bliss features a variable speed dual motor design. The 201 model includes 6 different massage sticks to address different areas of the body and unique styles of massage. Soft, Medium or Firm. Cordless rechargeable massager includes charger and attachments.

you found this years ago!

## BRILLIANT SLIM & LIGHTWEIGHT DESIGN +

## NEVER ENDING BATTERY LIFE +

## HASSLE-FREE LIFETIME REPLACEMENT +

© 2019 Mightybliss.com. Designed by Sergio_nu.



