# Exhibit 13



0



Home / Sports

# Mighty Bliss Handheld Massager Sports Health Life 6 Massage Sticks CORDLESS

$107.19

**BUY PRODUCT**

♡ Add to Wishlist    Compare    COMPARE

SKU: 223346425627

We use cookies to improve your experience on our website. By browsing this website, you agree to our use of cookies.

ACCEPT

https://gracelifemedimart.ca/product/mighty-bliss-handheld-massager-sports-health-life-6-massage-sticks-cordless/

Mighty Bliss Handheld Massager Sports Health Life 6 Massage Sticks CORDLESS – GraceLife MediMart

 0

# Mighty Bliss Handheld Massager SLIM FULL BODY RELIEF 6 Massage Sticks CORDLESS

About the product

- FULL BODY RELIEF: 6 different massage sticks to address different areas of the body

- POWERFUL CORDLESS + RECHARGEABLE: Powerful cordless percussion massager. High speed percussion motor up to 3,700 RPM

- INNOVATIVE SLIM DESIGN: Cordless to fit your lifestyle. Great for on-the-go or simply relaxing. Incorporate the Pure Wave into your pre & post workout routines. Powerful enough for professionals but designed for at home therapy and muscle recovery.

-

## Product description

We use cookies to improve your experience on our website. By browsing this website, you agree to our use of cookies.

ACCEPT



use whenever and wherever you need it. MIGHTY BLISS is powerful. If you are use to a gentle massage or are sensitive to aggressive massage therapy you may be surprised with MIGHTY BLISS strength. You may also be pleasantly surprised with the results after a few days of percussion therapy. When using Pure Wave for the first time, we recommend you start with the soft air-cushion attachment at lower speeds until you are comfortable with the strength of this massager. Read owner's manual prior to use. If you experience any bouncing try increasing the speed to reduce bouncing impact. You may also try holding the massager at a different position on the handle. THE POWER OF PERCUSSION: Most muscle pain occurs deep in the tissue, where vibrating massagers can't reach. But Pure Wave percussion massagers use short, powerful strokes to penetrate deep. Gently stretching muscles and tendons. Breaking down adhesions and knots. Restoring circulation and flexibility. Professionals use Mighty Bliss for therapeutic massage. Now you can, too. FEATURES: Mighty Bliss features a variable speed dual motor design. The 201 model includes 6 different massage sticks to address different areas of the body and unique styles of massage. Soft, Medium or Firm. Cordless rechargeable massager includes charger and attachments.

**Click on my Door  and
Welcome!! Browse my Store**

Return Policy

After delivery of the package, you have 14
days to inspect and check the item, if there is any problem we will gladly

We use cookies to improve your experience on our website. By browsing this website, you agree to our use of cookies.

ACCEPT

⛉  🛍️0

packaging, including all accessories, manual, etc. If any of this are found
missing, it won't be accepted. Make sure not to throw anything away before you
are satisfied with the item.

Once your returned item is delivered back to
us, please allow several business days for us to process your return and
refunds.

## Satisfaction Guarantee

Happy customers are our first priority.
Fortunately, we manage to make almost all of our customers, happy
customers. However, erring is only human, and a problem can always
arise. When this happens, please contact us as soon as possible, and we
will do whatever it takes to make things right!

Since we
will always try to fix whatever problem occurs, we would also appreciate
it if you don't leave a negative feedback before
giving us a chance to solve your
problem.

Thank you so much, we
appreciate your business!!!!

We use cookies to improve your experience on our website. By browsing this website, you agree to our use of cookies.

ACCEPT

# KEUG REVIEWS

**NEXT STORY**
Check expert advices for keepsake rings for ashes women?

**PREVIOUS STORY**
Top 2 recommendation volleyball shorts girls youth nike

### RECENT POSTS

- Top 10 background wall paper for photography for 2019
- miracle tea moringa organic tea buyer's guide
- Top 10 best nail uv gel pure color: Which is the best one in 2019?
- Best stationary massage table with tilt for 2019
- List of the Top 10 hoverboard rose gold with bluetooth you can buy in 2019
- Top 10 best baby bottles pack of 6 2019
- Top 10 best elephant decal for macbook pro 2019
- Where to find coconut water not from concentrate?
- Best raw brazil nuts gluten free
- The 7 best phone cord detangler rotating avaya for 2019

### RECENT COMMENTS

HEALTH & HOUSEHOLD / HEALTH CARE

# Top 10 Best Deep Tissue Massager Handheld Purewave For 2019

BY KRISTI KELLY · FEBRUARY 23, 2019

Finding the best deep tissue massager handheld purewave suitable for your needs isnt easy. With hundreds of choices can distract you. Knowing whats bad and whats good can be something of a minefield. In this article, weve done the hard work for you.

## Best deep tissue massager handheld purewave

| Product | Features | Editor's score | Go to site |
|---|---|---|---|
| | MIGHTY BLISS Deep Tissue Back and Body Massager {Cordless} Electric Handheld Percussion Muscle Hand Massager - Full Body Pain Relief Vibrating Therapy Massage Machine, Neck, Shoulder, Leg, Foot | ★★★★★ | Go to amazon.com |
| | PUREWAVE CM-07 Dual Motor Percussion + Vibration Therapy Massager (Black) | Official Patented CM-07 | Treat pain for back, sciatica, neck, leg, foot, plantar fasciitis, tendinitis, arthritis, sports | ★★★★★ | Go to amazon.com |
| | [Upgrade Version] Intelitopia Massage Gun, Powerful Cordless Handheld Deep Tissue Muscle Massager, Pure Wave Massager to Massage Different Parts of The Body Through The Most Comfortable Percussion | ★★★★★ | Go to amazon.com |
| | Back Massager - Massager HandheldwithHeat, 5InterchangeableNodes, 5Speedsx3ModesCordlessPercussionBackMassage, ElectricDeepTissuePain ReliefforNeckandBack Shoulder MusclesLegFoot | ★★★★★ | Go to amazon.com |
| | Wahl Lithium Ion Deep Tissue Cordless Percussion Therapeutic Handheld Massager for Muscle, Back, Neck, Shoulder, Full Body Pain Relief, Perfect Gifts, by Brand Used by Professionals #4232 | ★★★★★ | Go to amazon.com |
| | PUREWAVE CM-07 Dual Motor Percussion + Vibration Therapy Massager (White) | Official Patented CM-07 | Treat pain for back, sciatica, neck, leg, foot, plantar fasciitis, tendinitis, arthritis, sports | ★★★★★ | Go to amazon.com |
| | Pure-Wave CM5 Extreme Cordless Percussion Massager (White) | ★★★★★ | Go to amazon.com |
| | TYMO Cordless Percussion Massager - Handheld Dual Motor Heat Massager HM101, 5 Interchangeable Nodes, 5 Speeds x 3 Modes, Deep Tissue Massage for Face, Back, Foot, Neck, Shoulder, Leg Pain Relief | ★★★★★ | Go to amazon.com |
| | Handheld Percussion Back Massager for Deep Tissue Massage - Electric Massager for Neck, Shoulder, Leg & Foot Muscle Circulation Pain Relief - Full Body Massage Wand - Portable for Home & Office Gift | ★★★★★ | Go to amazon.com |
| | Handheld Percussion Massager | Corded Deep Tissue Massager for Back and Body| Multi-Intensity Settings with 3 Massage Node Options | Black | ★★★★★ | Go to amazon.com |

**Related posts:**

Top 5 best probiotic blend 225 billion cfu for 2019
Looking for a organic whey protein isolate unflavored? Have a look at this 2019 guide!
Top 10 best car window cleaner with handle 2019
List of the Top 10 upright walkers for the elderly you can buy in 2019

Top 10 recommendation ponaris nasal emollient spray prime for 2019

# 1. MIGHTY BLISS Deep Tissue Back and Body Massager {Cordless} Electric Handheld Percussion Muscle Hand Massager - Full Body Pain Relief Vibrating Therapy Massage Machine, Neck, Shoulder, Leg, Foot



Go to amazon.com

## Feature

KNOTTY MUSCLE & SPASMS RELIEF! YOU WILL LOVE THIS DEEP TISSUE MASSAGER! Want to get rid of your back pain or unbearable knots in your back? No need to suffer with a weak powerless flimsy wobbly muscle massager. This Mighty Bliss hand held massager is perfect. Super powerful to increase blood circulation & relax your muscles effectively - Relives pain in seconds.

SUPER POWERFUL 3,700 RPM PERCUSSION MOTOR - RELAXES HURTING MUSCLES AND CRAMPS IN SECONDS! Imagine a BMW motor knocking the hell out of your stiff knotty muscles. This Might Bliss percussion massager will knock 3,700 pulses of bliss into your muscles every minute. You'll wish you found this years ago!

BRILLIANT SLIM & LIGHTWEIGHT DESIGN - 6 DIFFERENT MASSAGE HEADS - FEATURES A LIFETIME WARRANTY! Economically and practically efficient - Cordless & lightweight so that you can SCHLEP it along anywhere, to fit your lifestyle need. Powerful enough for professionals but designed for at home therapy and muscle recovery.

NEVER ENDING BATTERY LIFE - SUPER SPEEDY RECHARGE! Built with a mighty Lithium-ion rechargeable battery used in electric cars, the battery will blast away for over 120 minutes on a single charge! Recharge time = a speedy record of 60 minutes!

HASSLE-FREE LIFETIME REPLACEMENT - NO NEED TO RETURN! We take pride in our perfect customer service record on Amazon, and we promise to treat you like family - even for gifts! In addition to our lifetime replacement, if you aren't happy with your purchase, we will simply refund your money - no questions asked - just let the reviews speak for themselves!

## Description

Experience the most powerful and soothing cordless massager on the market. The variable speed controller allows you to dial into the perfect intensity whilst 6 different massage heads allows you to select the firmness and style of your massage. Take control of those muscle spasms, stubborn knots, tight joints, stiff muscles and cramping legs with the Mighty Bliss Handheld massager. Mighty Bliss massagers are cordless, ergonomic and lightweight for use whenever and wherever you need it. MIGHTY BLISS is powerful. If you are use to a gentle massage or are sensitive to aggressive massage therapy you may be surprised with MIGHTY BLISS strength. You may also be pleasantly surprised with the results after a few days of percussion therapy. When using Pure Wave for the first time, we recommend you start with the soft air-cushion attachment at lower speeds until you are comfortable with the strength of this massager. Read owner's manual prior to use. If you experience any bouncing try increasing the speed to reduce bouncing impact. You may also try holding the massager at a different position on the handle. THE POWER OF PERCUSSION: Most muscle pain occurs deep in the tissue, where vibrating massagers can't reach. But Pure Wave percussion massagers use short, powerful strokes to penetrate deep. Gently stretching muscles and tendons. Breaking down adhesions and knots. Restoring circulation and flexibility. Professionals use Mighty Bliss for therapeutic massage. Now you can, too. FEATURES: Mighty Bliss features a variable speed dual motor design. The 201 model includes 6 different massage sticks to address different areas of the body and unique styles of massage. Soft, Medium or Firm. Cordless rechargeable massager includes charger and attachments.

# 2. PUREWAVE CM-07 Dual Motor Percussion + Vibration Therapy Massager (Black) | Official Patented CM-07 | Treat pain for back, sciatica, neck, leg, foot, plantar fasciitis, tendinitis, arthritis, sports





Go to amazon.com

## Feature

RECOMMENDED BY CHIROPRACTORS, PHYSICAL THERAPISTS & SPORTS TRAINERS
DUAL MOTOR DESIGN: Powerful Percussion & Micro-vibration Massage Therapy
PATENTED | MADE IN KOREA | FDA REGISTERED #2349002
PROFESSIONAL GRADE & SAFE FOR HOME USE
90 DAYS SATISFACTION GUARANTEE + FREE RETURNS

## Description

Experience why Chiropractors and Physical Therapists love the PUREWAVE for their patients and recommend it for self use at home. Our patented dual motor design offers both powerful percussive therapy and soothing micro-vibration. Thousands of testimonials and clinician reports show PUREWAVE helps breaks down scar tissue, increase circulation, relax muscles and speed recovery.
PUREWAVE is lightweight and cordless. The slight curve design makes it easy to massage your back and legs. Each individual attachment is geared toward a different part of your body and pain type. Enjoy stress relief, deep tissue massage, acupressure and myofascial release. PUREWAVE is the right tool for anyone who wants to recover faster or live an active life. Make massage part of your daily routine.

90 Days Free Returns. Total satisfaction guarantee. Live healthier and happier.

## 3. [Upgrade Version] Intelitopia Massage Gun, Powerful Cordless Handheld Deep Tissue Muscle Massager, Pure Wave Massager to Massage Different Parts of The Body Through The Most Comfortable Percussion



Go to amazon.com

## Feature

MULTIFUNCTIONAL MASSAGE GUN: Intelitopia massage gun can help the user relieve muscle stiffness and soreness, increase blood pressure, improve the overall health of the body's soft tissues, moreover, it can prevent fasciitis which is a kind of painful and difficult to heal inflammation caused by adhesion between the fascia and muscles
UPGRADED VERSION: Intelitopia 5.2 massager adopts high-quality motor, has ultra-strong heat dissipation function, no crash, it can run for a long time and would not stop working because the movement is overheated; At the same time, the high-precision mold makes the machine head and the body tightly connected, the noise in the process of running can be effectively reduced by smooth sliding, Intelitopia 5.2 achieved 35-40 decibels compared with 60 decibels from other suppliers
4 REPLACEABLE MASSAGE HEADS & 3 AJUSTABLE SPEED LEVELIntelitopia massager is equipped with four different shaped massage heads to help the user to relax different body parts. The fork massage head is designed for the spine; flat one, for any part of the body; bullet one, for joints; round one, for large muscle group; The user can change the massage gun's speed as needed. The massage head can rotate 1800 times per minute when it is in level one; 2400, in level two; 3200, in level three
LONG WORKING TIME: The Intelitopia cordless massager is equipped with 15000mAh high-quality lithium battery, so it can keep working about 4 to 6 hours after per charge. The body massager has an LED battery indicator so you don't have to worry about power outages
RATIONAL DESIGN:Intelitopia handheld massager only weighs one kilogram(2.2lbs), the ergonomic designed grip minimizes external vibrations and the durable anti-slip silicone grip makes the massager easier and comfortable to hold for your enjoyment

## Description

Product Description:

# GOOD HEALTH
vitaminnotes.com



Home  Amazon Basics  Apparel  Art and Craft Supply  Audible  Automotive Parts and Accessories  View More

## RELAX SLIM REVIEWS

Before we take care of anything, first priority should be ourselves – health & personal care. Healthy body is like as a blooming flower in the sunshine. In order to have a healthy life, you should have your own regulations to take care of yourself. One of them are using healthcare products. These **relax slim reviews** are some of the best recommendations for you in this field.

### You are in RIGHT PLACE.

This page reaches your expectation. Which we list out some of best products relax slim reviews with good feedback & comments from users and they are also sold a lot in e-commerce channels.

| Top Products | Brand Name & Model | Check Price |
|---|---|---|
|  | MIGHTY BLISS™ Deep Tissue Back and Body Massager {Cordless} Electric Handheld Percussion Muscle Hand Massager – Full Body Pain Relief Vibrating Therapy Massage Machine, Neck, Shoulder, Leg, Foot by Mighty Bliss | Check Price |
|  | Best Lavender Oatmeal – Bath Sea Salt Mix – Relax & Soothe Infusion – Balances and Relaxes the Body and Spirit – 16 Oz by Harmony Bath and Body Products | Check Price |

1. relax slim reviews Review – MIGHTY BLISS™ Deep Tissue Back and Body Massager {Cordless} Electric Handheld Percussion Muscle Hand Massager – Full Body Pain Relief Vibrating Therapy Massage Machine, Neck, Shoulder, Leg, Foot



RELAX SLIM REVIEWS REVIEW – IMAGE SOURCE AMAZON

- KNOTTY MUSCLE & SPASMS RELIEF! YOU WILL LOVE THIS DEEP TISSUE MASSAGER! Want to get rid of your back pain or unbearable knots in your back? No need to suffer with a weak powerless flimsy wobbly muscle massager. This Mighty Bliss hand held massager is perfect. Super powerful to increase blood circulation & relax your muscles effectively – Relives pain in seconds.
- SUPER POWERFUL 3,700 RPM PERCUSSION MOTOR – RELAXES HURTING MUSCLES AND CRAMPS IN SECONDS! Imagine a BMW motor knocking the hell out of your stiff knotty muscles. This Might Bliss percussion massager will knock 3,700 pulses of bliss into your muscles every minute. You'll wish you found this years ago!
- BRILLIANT SLIM & LIGHTWEIGHT DESIGN – 6 DIFFERENT MASSAGE HEADS – FEATURES A LIFETIME WARRANTY! Economically and practically efficient – Cordless &

- SUPER POWERFUL 3,700 RPM PERCUSSION MOTOR – RELAXES HURTING MUSCLES AND CRAMPS IN SECONDS! Imagine a BMW motor knocking the hell out of your stiff knotty muscles. This Might Bliss percussion massager will knock 3,700 pulses of bliss into your muscles every minute. You'll wish you found this years ago!
- BRILLIANT SLIM & LIGHTWEIGHT DESIGN – 6 DIFFERENT MASSAGE HEADS – FEATURES A LIFETIME WARRANTY! Economically and practically efficient – Cordless & lightweight so that you can SCHLEP it along anywhere, to fit your lifestyle need. Powerful enough for professionals but designed for at home therapy and muscle recovery.
- NEVER ENDING BATTERY LIFE – SUPER SPEEDY RECHARGE! Built with a mighty Lithium-ion rechargeable battery used in electric cars, the battery will blast away for over 120 minutes on a single charge! Recharge time = a speedy record of 60 minutes!
- HASSLE-FREE LIFETIME REPLACEMENT – NO NEED TO RETURN! We take pride in our perfect customer service record on Amazon, and we promise to treat you like family – even for gifts! In addition to our lifetime replacement, if you aren't happy with your purchase, we will simply refund your money – no questions asked – just let the reviews speak for themselves!

Experience the most powerful and soothing cordless massager on the market. The variable speed controller allows you to dial into the perfect intensity whilst 6 different massage heads allows you to select the firmness and style of your massage. Take control of those muscle spasms, stubborn knots, tight joints, stiff muscles and cramping legs with the Mighty Bliss Handheld massager. Mighty Bliss massagers are cordless, ergonomic and lightweight for use whenever and wherever you need it. MIGHTY BLISS is powerful. If you are use to a gentle massage or are sensitive to aggressive massage therapy you may be surprised with MIGHTY BLISS strength. You may also be pleasantly surprised with the results after a few days of percussion therapy. When using Pure Wave for the first time, we recommend you start with the soft air-cushion attachment at lower speeds until you are comfortable with the strength of this massager. Read owner's manual prior to use. If you experience any bouncing try increasing the speed to reduce bouncing impact. You may also try holding the massager at a different position on the handle. THE POWER OF PERCUSSION: Most muscle pain occurs deep in the tissue, where vibrating massagers can't reach. But Pure Wave percussion massagers use short, powerful strokes to penetrate deep. Gently stretching muscles and tendons. Breaking down adhesions and knots. Restoring circulation and flexibility. Professionals use Mighty Bliss for therapeutic massage. Now you can, too. FEATURES: Mighty Bliss features a variable speed dual motor design. The 201 model includes 6 different massage sticks to address different areas of the body and unique styles of massage. Soft, Medium or Firm. Cordless rechargeable massager includes charger and attachments.

Check Price

2. relax slim reviews Review – Best Lavender Oatmeal – Bath Sea Salt